UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ALFRED JENKS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-10378-RGS |
| ) | |
| **LUIS SPENCER and** ) | |
| **THOMAS F. REILLY,** ) | |
| ) | |
| Respondents. ) | |
| ) | |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for the Respondents, Luis Spencer and Thomas F. Reilly, in the matter listed above.

        Respectfully submitted,

        THOMAS F. REILLY
        Attorney General


        /s/ Randall E. Ravitz
        Randall E. Ravitz (BBO # 643381)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200, ext. 2852

Dated:  April 12, 2005

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served on April 12, 2005, by first-class mail, postage prepaid, upon:

Alfred Jenks  
W60194  
MCI Norfolk  
2 Clark Street  
P.O. Box 43  
Norfolk, MA 02056-0043

pro se

                                                /s/ Randall E. Ravitz  
                                                Randall E. Ravitz