UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| ALFRED JENKS, </br></br>    Petitioner, </br></br> v. </br></br> LUIS SPENCER and </br> THOMAS F. REILLY, </br></br>    Respondents. | ) </br> ) </br> ) </br> ) </br> ) </br> )   Civil Action No. 05-10378-RGS </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### RESPONDENTS' MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO PETITION

The Respondents, Luis Spencer and Thomas F. Reilly (the "Respondents"), hereby respectfully move this Court to enlarge until May 20, 2005 the time within which they must answer or otherwise respond to the petition for a writ of habeas corpus (the "Petition") filed by Petitioner Alfred Jenks (the "Petitioner"). The Respondents' response is currently due on April 13, 2005. In support of this Motion, the Respondents state as follows:

1. The Petition arises from a 1996 conviction in the Essex County, Massachusetts, Superior Court.

2. The Petition includes serious allegations and references complex areas of law.

3. Counsel for the Respondents has not yet obtained the necessary documents from the district attorney's office that prosecuted the criminal case referenced above. Counsel must receive and have adequate time to review such documents in order to respond sufficiently to the Petition and file documentation reflecting on whether the Petitioner has exhausted state remedies, per this Court's Order of March 22, 2005.

    4.    No previous application for an enlargement of time to answer or otherwise respond to the Petition has been made to this Court.

    5.    Allowance of this Motion will enable counsel for the Respondents to aid the Court most thoroughly and effectively and will not prejudice any party.

**WHEREFORE,** the Respondents request that this Court enlarge the time within which they must answer or otherwise respond to the Petition until May 20, 2005.

                            Respectfully submitted,

                            THOMAS F. REILLY
                            Attorney General

                            /s/ Randall E. Ravitz
                            Randall E. Ravitz (BBO # 643381)
                            Assistant Attorney General
                            Criminal Bureau
                            One Ashburton Place
                            Boston, Massachusetts  02108
                            (617) 727-2200, ext. 2852

Dated:  April 12, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served on April 12, 2005, by first-class mail, postage prepaid, upon:

Alfred Jenks
W60194
MCI Norfolk
2 Clark Street
P.O. Box 43
Norfolk, MA 02056-0043

pro se

                                      /s/ Randall E. Ravitz
                                      Randall E. Ravitz