UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALFRED JENKS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>LUIS SPENCER and )<br>THOMAS F. REILLY, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-10378-RGS |

## RESPONDENTS' MOTION TO DISMISS PETITION

The Respondents, Luis Spencer and Thomas F. Reilly (the "Respondents"), hereby respectfully move that the Habeas Corpus Petition (the "Petition") filed by Petitioner Alfred Jenks (the "Petitioner") be dismissed with prejudice in its entirety. The Petition is improper, because it does not comply with applicable timing requirements and it inappropriately names Massachusetts Attorney General Thomas F. Reilly as a respondent.

In further support of this Motion, the Respondents rely on and incorporate their Memorandum of Law and Appendix filed herewith.

WHEREFORE, the Respondents request that this Honorable Court allow this Motion, dismiss the Petition with prejudice in its entirety, and grant such other relief as is just and proper under the circumstances.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  May 20, 2005


**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served on May 20, 2005, by first-class mail, postage prepaid, upon:

Alfred Jenks
W60194
MCI Norfolk
2 Clark Street
P.O. Box 43
Norfolk, MA 02056-0043

pro se

 /s/ Randall E. Ravitz
Randall E. Ravitz