UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALFRED JENKS,<br><br>    Petitioner,<br><br>v.<br><br>LUIS SPENCER and<br>THOMAS F. REILLY,<br><br>    Respondents. | Civil Action No. 05-10378-RGS |

### RESPONDENTS' APPENDIX ACCOMPANYING THEIR MOTION TO DISMISS PETITION

Pursuant to this Court's Order dated March 22, 2005, Respondents Luis Spencer and Thomas F. Reilly (the "Respondents") hereby file this Appendix containing documents relevant to the issue of whether Petitioner Alfred Jenks (the "Petitioner") previously exhausted available state remedies with respect to the matters raised by his Habeas Corpus Petition (the "Petition"). The offering of such documents should not be construed as implying that the Respondents consider the Petitioner to have fully exhausted state remedies.

Specifically, attached hereto as exhibits are true and accurate copies of the following:

EXHIBIT A.   Initial docket in connection with Commonwealth v. Alfred Jenks, Case No. ESCR1994-01028 in the Newburyport, Massachusetts, Superior Court ("First Superior Court Docket No. 94-1028");

EXHIBIT B.    Subsequently produced docket in connection with <u>Commonwealth v. Alfred Jenks</u>, Case No. ESCR1994-01028 in the Newburyport, Massachusetts, Superior Court ("Second Superior Court Docket No. 94-1028");

EXHIBIT C.    Docket in connection with <u>Commonwealth v. Alfred Jenks</u>, Case No. ESCR1994-01029 in the Newburyport, Massachusetts, Superior Court ("Superior Court Docket No. 94-1029");

EXHIBIT D.    Docket in connection with <u>Commonwealth v. Alfred Jenks</u>, Case No. SJC-07512 in the Supreme Judicial Court for the Commonwealth of Massachusetts ("SJC Docket No. SJC-07512");

EXHIBIT E.    Docket in connection with <u>Commonwealth v. Alfred Jenks</u>, Case No. SJ-2004-0197 in the Supreme Judicial Court for the Suffolk County, Massachusetts ("SJC Docket No. SJ-2004-0197");

EXHIBIT F.    Defendant's Motion for Voluntary Dismissal to Post Conviction Relief Rule 30(a) filed in connection with <u>Commonwealth v. Alfred Jenks</u>, Case Nos. ESCR1994-01028 and 01029 in the Newburyport, Massachusetts, Superior Court ("Motion to Withdraw 30(a) Motion");

EXHIBIT G.    Brief and Record Appendix of the Appellant in connection with <u>Commonwealth v. Alfred Jenks</u>, Case No. SJC-07512 in the Supreme Judicial Court for the Commonwealth of Massachusetts;

EXHIBIT H.    Brief for the Commonwealth in connection with <u>Commonwealth v. Alfred Jenks</u>, Case No. SJC-07512 in the Supreme Judicial Court for the Commonwealth of Massachusetts;

EXHIBIT I.   Defendant's Application for Leave to Appeal Denial of New Trial Motion/Request for Permission to File Supplemental Memorandum of Law in connection with <u>Commonwealth v. Alfred Jenks</u>, Case No. SJ-2004-0197 in the Supreme Judicial Court for the Suffolk County, Massachusetts;

EXHIBIT J.   Defendant's Memorandum in Support of Petition for Leave to Appeal in connection with <u>Commonwealth v. Alfred Jenks</u>, Case No. SJ-2004-0197 in the Supreme Judicial Court for the Suffolk County, Massachusetts;

EXHIBIT K.   Commonwealth's Opposition to Defendant's "Gatekeeper" Petition for Leave to Appeal in connection with <u>Commonwealth v. Alfred Jenks</u>, Case No. SJ-2004-0197 in the Supreme Judicial Court for the Suffolk County, Massachusetts;

EXHIBIT L.   Defendant's Reply to the Commonwealth's Opposition to Gatekeeper Petition in connection with <u>Commonwealth v. Alfred Jenks</u>, Case No. SJ-2004-0197 in the Supreme Judicial Court for the Suffolk County, Massachusetts;

EXHIBIT M.   <u>Commonwealth v. Alfred Jenks</u>, the unpublished opinion handed down in connection with Case No. SJC-07512 in the Supreme Judicial Court for the Commonwealth of Massachusetts; and

EXHIBIT N.   <u>Commonwealth v. Alfred Jenks</u>, 426 Mass. 582, 689 N.E.2d 820 (1998), the opinion handed down in connection with Case No. SJC-07512 in the Supreme Judicial Court for the Commonwealth of Massachusetts.

          Respectfully submitted,

          THOMAS F. REILLY
          Attorney General


          /s/ Randall E. Ravitz
          Randall E. Ravitz (BBO # 643381)
          Assistant Attorney General
          Criminal Bureau
          One Ashburton Place
          Boston, Massachusetts  02108
          (617) 727-2200, ext. 2852

Dated:  May 20, 2005


## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served on May 20, 2005, by first-class mail, postage prepaid, upon:

Alfred Jenks
W60194
MCI Norfolk
2 Clark Street
P.O. Box 43
Norfolk, MA 02056-0043

pro se


          /s/ Randall E. Ravitz
          Randall E. Ravitz

4