UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10378-RGS

ALFRED JENKS

v.

LUIS SPENCER

ORDER ON MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

January 9, 2006

STEARNS, D.J.

Magistrate Judge correctly concludes that the petition is barred by the strict one-year limitation period of the Antiterrorism and Effective Death Penalty Act of 1996, 28 U.S.C. § 2244(d)(1), and that no tolling provision applies. Consequently, her Recommendation is <u>ADOPTED</u> and the petition is <u>DISMISSED</u> with prejudice.[1]

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's Motion to Stay Proceedings is futile and therefore <u>DENIED</u>.