UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ALFRED JENKS**

    V.                         CIVIL ACTION NO. 05-10378-RGS

**LUIS SPENCER**

## ORDER OF DISMISSAL

**STEARNS, DJ.**                                         **FEBRUARY 24, 2006**

THIS COURT HAVING ADOPTED THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION,

IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED WITH PREJUDICE.

SO ORDERED.

                                            RICHARD G. STEARNS
                                            UNITED STATES DISTRICT JUDGE

      BY:

                                  /s/ Mary H. Johnson
                                     Deputy Clerk