```
                                    )
                                    )
    ALFRED JENKS                    )
                                    )
        Petitioner,                 )
                                    )
            v.                      )   CIVIL ACTION No. 05-10378-RGS
                                    )
    LUIS SPENCER                    )
                                    )
        Respondent,                 )
                                    )
                                    )
```

NOTICE OF APPEAL


Now, comes the petitioner whereby he submits his notice of appeal in the above entitled matter. That was dismissed by the United States District Judge Richard G. Stearns. On January 9, 2006, as procedurally barred. Docketed by the Deputy Clerk on February 24, 2006. Also the petitioner enters his notice of appeal of the denial of his motion to stay the proceedings.


Respectfully Submitted,

ALFRED JENKS pro-se
P.O. BOX 43
NORFOLK MA, 02056

*[signature]*
3/7/06