UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10378

Alfred Jenks

v.

Luis Spencer

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-19

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/9/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 20, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/24/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10378-RGS

Jenks v. Spencer et al  
Assigned to: Judge Richard G. Stearns  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 02/25/2005  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Alfred Jenks**                represented by    **Alfred Jenks**
                                                  W60194
                                                  MCI Norfolk
                                                  2 Clark Street
                                                  P.O. Box 43
                                                  Norfolk, MA 02056-0043
                                                  PRO SE

V.

**Respondent**

**Luis Spencer**                represented by    **Randall E. Ravitz**
*Superintendent*                                  Attorney General's Office
                                                  One Ashburton Place
                                                  Boston, MA 02108
                                                  617-727-2200 ext.2852
                                                  Fax: 617-727-5755
                                                  Email: randall.ravitz@ago.state.ma.us
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Respondent**

**Thomas F. Reilly**            represented by    **Randall E. Ravitz**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/25/2005 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 62367, filed by Alfred Jenks. (Attachments: # 1)(Flaherty, Elaine) (Entered: 02/28/2005) |
| 02/28/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Flaherty, Elaine) (Entered: 03/01/2005) |
| 03/22/2005 | 2 | Judge Richard G. Stearns : ORDER entered. SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Flaherty, Elaine) (Entered: 03/23/2005) |
| 04/12/2005 | 3 | NOTICE of Appearance by Randall E. Ravitz on behalf of Luis Spencer, Thomas F. Reilly (Ravitz, Randall) (Entered: 04/12/2005) |
| 04/12/2005 | 4 | MOTION for Extension of Time to May 20, 2005 to File Response/Reply as to 1 Petition for writ of habeas corpus (28:2254) by Luis Spencer, Thomas F. Reilly.(Ravitz, Randall) (Entered: 04/12/2005) |
| 05/20/2005 | 5 | MOTION to Dismiss *Petition* by Luis Spencer, Thomas F. Reilly.(Ravitz, Randall) (Entered: 05/20/2005) |
| 05/20/2005 | 6 | MEMORANDUM in Support re 5 MOTION to Dismiss *Petition* filed by Luis Spencer, Thomas F. Reilly. (Ravitz, Randall) (Entered: 05/20/2005) |
| 05/20/2005 | 7 | APPENDIX/EXHIBIT re 5 MOTION to Dismiss *Petition* by Luis Spencer, Thomas F. Reilly. (Ravitz, Randall) (Entered: 05/20/2005) |
| 05/20/2005 | 8 | APPENDIX/EXHIBIT re 7 Appendix/Exhibit - *Notice of Filing with Clerk's Office* by Luis Spencer, Thomas F. Reilly. (Ravitz, Randall) (Entered: 05/20/2005) |
| 05/20/2005 | 9 | EXHIBIT re 5 MOTION to Dismiss *Petition* by Luis Spencer, Thomas F. Reilly. (Flaherty, Elaine) (Entered: 05/24/2005) |
| 05/31/2005 | 10 | MEMORANDUM in Opposition re 5 MOTION to Dismiss *Petition* filed by Alfred Jenks. (Flaherty, Elaine) (Entered: 06/01/2005) |

| | | |
|---|---|---|
| 06/01/2005 | | Motions terminated: 4 MOTION for Extension of Time to May 20, 2005 to File Response/Reply as to 1 Petition for writ of habeas corpus (28:2254) filed by Luis Spencer,, Thomas F. Reilly,. (Flaherty, Elaine) (Entered: 06/01/2005) |
| 07/01/2005 | | ACKNOWLEDGEMENT OF SERVICE Executed- Return of Service of Certified Mail Green Card numbered P 655 644 349 WSO 3/24/05, filed. (Flaherty, Elaine) (Entered: 07/01/2005) |
| 07/01/2005 | | ACKNOWLEDGEMENT OF SERVICE Executed - Certified green card numbered P 251 252 057 WSO 3/24/05, filed. (Flaherty, Elaine) (Entered: 07/01/2005) |
| 07/01/2005 | 11 | CASE REFERRED to Magistrate Judge Joyce London Alexander. (Flaherty, Elaine) (Entered: 07/01/2005) |
| 12/16/2005 | 12 | MOTION to Stay by Alfred Jenks. (Attachments: # 1 # 2 # 3) (Flaherty, Elaine) (Entered: 12/20/2005) |
| 12/21/2005 | 13 | Magistrate Judge Joyce London Alexander: ORDER entered. REPORT AND RECOMMENDATIONS re 1 Petition for writ of habeas corpus (28:2254) filed by Alfred Jenks, Recommendation: This Court RECOMMENDS that the District Court DISMISS the petition. Objections to R&R due by 1/6/2006(JLA, intl) (Entered: 12/22/2005) |
| 12/30/2005 | 14 | OBJECTION to 13 Report and Recommendations filed by Alfred Jenks. (Flaherty, Elaine) (Entered: 01/04/2006) |
| 01/05/2006 | | Case no longer referred to Magistrate Judge Joyce London Alexander. (Flaherty, Elaine) (Entered: 01/05/2006) |
| 01/09/2006 | 15 | Judge Richard G. Stearns : ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS for 5 Motion to Dismiss filed by Luis Spencer,, Thomas F. Reilly,, 12 Motion to Stay filed by Alfred Jenks,, 13 Report and Recommendations, Action on motion: dismissed(Flaherty, Elaine) (Entered: 01/09/2006) |
| 02/24/2006 | 16 | Judge Richard G. Stearns : ORDER OF DISMISSAL entered. (Johnson, Mary) (Entered: 02/24/2006) |
| 03/09/2006 | 17 | MOTION for Reconsideration re 15 re: motion to stay Order Adopting Report and Recommendations, by Alfred Jenks. (Flaherty, Elaine) (Entered: 03/28/2006) |
| 03/09/2006 | 18 | NOTICE OF APPEAL as to 16 Order by Alfred Jenks. NOTICE TO COUNSEL: A Transcript Report/Order Form, |

| | | |
|---|---|---|
| | | which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/29/2006. (Flaherty, Elaine) (Entered: 03/28/2006) |
| 03/09/2006 | 19 | MOTION for Certificate of Appealability by Alfred Jenks. (Flaherty, Elaine) (Entered: 03/28/2006) |
| 04/04/2006 | | Judge Richard G. Stearns : Electronic ORDER entered denying 17 Motion for Reconsideration, denying 19 Motion for Certificate of Appealability - forwarded to Court of Appeals. (Flaherty, Elaine) (Entered: 04/04/2006) |