UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

No. 05-10378RGS

FILED
CLERKS OFFICE

2006 MAY 26  P 12: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

ALFRED JENKS,
            Petitioner/Appellant,

v.

LUIS SPENCER, SUPERINTENDENT,
            Respondent/Appellee

### PETITIONER'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Now comes Alfred Jenks, pro se, who moves this Honorable Court, pursuant to Fed.R.App.P. 24, to grant him leave to proceed on appeal in forma paueris. As ground, the petitioner directs the Court to his attached affidavit of indigency. As further grounds, the petitioner states that he is presently serving a life sentence and has no available funds or assets.

WHEREFORE, for the reasons stated above the petitioner prays this Honorable Court grant leave and allow him to proceed on appeal in forma pauperis.

                          Respectfully submitted,

                          *Alfred Jenks*
                          Alfred Jenks, Pro se
                          MCI Norfolk
                          PO Box 43
                          Norfolk, MA.  02056

May 23, 2006

# Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

District Court No. 05-10378-RGS
Appeal No. 06-1710

ALFRED JENKS
   Petitioner-Appellant

v.

LUIS SPENCER, Superintendent
   Respondent- Appellee

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: *Alfred Jenks* | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: 5-24-06 |

My issues on appeal are: Ineffective assistance of counsel, predicated on newly available evidence. Exculpatory documents that supports the petitioners "Factual innocence". Also request for a stay of the proceedings. Appealing dismissal of "stay" from the District Judge, without reaching the merits of the "stay".

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ NØA | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |

MASSACHUSETTS　　　　　　　　　　　MCI NORFOLK
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

| | | | |
|---|---|---|---|
| Inmate Name............ | JENKS　　ALFRED | | |
| Commitment number.... | W60194 | | |
| Period encompassed.... | 12/1/2005 THRU　　5/22/2006 | | |
| | Personal | Savings | Total |
| Six Month Average Daily Balance | 44.78 | 0.00 | 44.78 |
| 20% of Six Month Average Daily Balance | 8.96 | | |
| Total Expenditures for Period | | | 593.75 |
| Total Income for Period | | | 437.01 |

To the best of my knowledge, the above summary information is true and accurate:

Signed _*[signature]* Marsha Collins_
MARSHA COLLINS, Treasurer

Time: 9:14 AM

Date: 5/22/06

Note: A copy of the inmate's account activity statement for the six month period ("Inmate Transaction History") is attached.

*Court*

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20060522 08:59

| Commit# : | W60194 | | | | MCI NORFOLK | | | Page: 1 | |
|---|---|---|---|---|---|---|---|---|---|
| Name : | JENKS, ALFRED, , | | | | Statement From | 20051201 | | | |
| Inst : | MCI NORFOLK | | | | To | 20060522 | | | |
| Block : | 3-3 | | | | | | | | |
| Cell/Bed : | 107 /B | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $5,939.83 | $5,769.43 | $0.00 | $0.00 |
| 20051201 22:30 | CN - Canteen | 5704444 | | NOR | ~Canteen Date : 20051201 | $0.00 | $78.52 | $0.00 | $0.00 |
| 20051205 10:03 | EX - External Disbursement | 5713071 | 67805 | NOR | ~JOANNA PERALTA | $0.00 | $50.00 | $0.00 | $0.00 |
| 20051205 10:03 | MA - Maintenance and Administration | 5713073 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051206 11:32 | IC - Transfer from Inmate to Club A/c | 5722098 | | NOR | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20051206 12:33 | IC - Transfer from Inmate to Club A/c | 5722377 | | NOR | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20051212 14:13 | ML - Mail | 5755903 | 432 | NOR | ~TINA KHAKEO | $120.00 | $0.00 | $0.00 | $0.00 |
| 20051214 15:53 | ML - Mail | 5769483 | | NOR | ~JAMIE JENKS | $50.00 | $0.00 | $0.00 | $0.00 |
| 20051214 16:57 | IS - Interest | 5772885 | | NOR | | $0.62 | $0.00 | $0.00 | $0.00 |
| 20051216 13:20 | IC - Transfer from Inmate to Club A/c | 5804383 | | NOR | ~JOANNA PERALTA~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.48 | $0.00 | $0.00 |
| 20051216 13:29 | IC - Transfer from Inmate to Club A/c | 5804454 | | NOR | ~BANDAR FRAVITZ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $7.53 | $0.00 | $0.00 |
| 20051216 13:29 | IC - Transfer from Inmate to Club A/c | 5804458 | | NOR | ~CLERK OF COURTS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $7.90 | $0.00 | $0.00 |
| 20051222 22:30 | CN - Canteen | 5841373 | | NOR | ~Canteen Date : 20051222 | $0.00 | $69.29 | $0.00 | $0.00 |
| 20051229 22:30 | CN - Canteen | 5878257 | | NOR | ~Canteen Date : 20051229 | $0.00 | $73.20 | $0.00 | $0.00 |
| 20060112 14:28 | IC - Transfer from Inmate to Club A/c | 5949481 | | NOR | ~JOANNA PERALTA~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.69 | $0.00 | $0.00 |
| 20060112 22:30 | CN - Canteen | 5953629 | | NOR | ~Canteen Date : 20060112 | $0.00 | $38.99 | $0.00 | $0.00 |
| 20060113 13:29 | IC - Transfer from Inmate to Club A/c | 5955628 | | NOR | ~ATT. RANDALL RAVITZ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.28 | $0.00 | $0.00 |
| 20060119 16:40 | IS - Interest | 5986571 | | NOR | | $0.57 | $0.00 | $0.00 | $0.00 |
| 20060123 09:16 | VI - Visitation | 6006616 | | NOR | ~JOANNA PERALTA | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060123 09:16 | MA - Maintenance and Administration | 6006618 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060126 22:30 | CN - Canteen | 6033996 | | NOR | ~Canteen Date : 20060126 | $0.00 | $46.83 | $0.00 | $0.00 |
| 20060202 09:03 | VI - Visitation | 6063837 | 110 | NOR | ~JOANNA PERALTA | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060202 09:03 | MA - Maintenance and Administration | 6063840 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060216 16:54 | IS - Interest | 6147976 | | NOR | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20060216 22:30 | CN - Canteen | 6162792 | | NOR | ~Canteen Date : 20060216 | $0.00 | $47.24 | $0.00 | $0.00 |
| 20060217 14:48 | ML - Mail | 6164887 | 452 | NOR | ~JENKS, TINA, M, | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060301 16:55 | IS - Interest | 6219080 | | NOR | | $0.25 | $0.00 | $0.00 | $0.00 |
| 20060306 09:25 | VI - Visitation | 6254424 | 123 | NOR | ~JOANNA PERALTA | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060306 09:25 | MA - Maintenance and Administration | 6254427 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060309 13:18 | IC - Transfer from Inmate to Club A/c | 6284791 | | NOR | ~US DISTRICT COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.75 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
# Inmate Transaction Report

Date: 20060522 08:59

Commit#: W60194  
Name: JENKS, ALFRED, ,  
Inst: MCI NORFOLK  
Block: 3-3  
Cell/Bed: 107 /B  

MCI NORFOLK  
Statement From: 20051201  
To: 20060522  

Page: 2

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060309 13:22 | IC - Transfer from Inmate to Club A/c | 6284799 | | NOR | ~RSANDALL RAVITYZ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.75 | $0.00 | $0.00 |
| 20060316 22:30 | CN - Canteen | 6325192 | | NOR | ~Canteen Date : 20060316 | $0.00 | $30.39 | $0.00 | $0.00 |
| 20060323 12:41 | IC - Transfer from Inmate to Club A/c | 6355058 | | NOR | ~TO CLERK OF COURTS US COURT 12/27/05~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.28 | $0.00 | $0.00 |
| 20060324 10:14 | IC - Transfer from Inmate to Club A/c | 6359919 | | NOR | ~7303.7305.8206.8206.1458.1532 ~INMATE CLOTHING PURCHASE - Z51~INMATE CLOTHING PURCHASE - Z51 | $0.00 | $48.71 | $0.00 | $0.00 |
| 20060405 14:31 | ML - Mail | 6417414 | | NOR | ~Debra A. Jenks~JENKS, DEBRA, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20060405 14:31 | MA - Maintenance and Administration | 6417416 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060406 16:49 | IS - Interest | 6433220 | | NOR | | $0.34 | $0.00 | $0.00 | $0.00 |
| 20060413 22:30 | CN - Canteen | 6486087 | | NOR | ~Canteen Date : 20060413 | $0.00 | $43.21 | $0.00 | $0.00 |
| 20060420 09:16 | IC - Transfer from Inmate to Club A/c | 6516375 | | NOR | ~CHAPEL FUND - Z24~CHAPEL FUND - Z24 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060504 16:50 | IS - Interest | 6593932 | | NOR | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20060511 14:22 | ML - Mail | 6646141 | | NOR | ~Joanna Peralta~PERALTA, JOANNA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20060511 14:22 | MA - Maintenance and Administration | 6646143 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060512 10:13 | IC - Transfer from Inmate to Club A/c | 6650815 | | NOR | ~ESSEX SUPERIOR COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.73 | $0.00 | $0.00 |
| 20060517 10:11 | IC - Transfer from Inmate to Club A/c | 6667101 | | NOR | ~Certified Letter to: Richard Cushings on 05/15/06~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.36 | $0.00 | $0.00 |
| 20060517 10:17 | IC - Transfer from Inmate to Club A/c | 6667158 | | NOR | ~Certified letter to: Randall E. Ravitz Criminal Bureau on 05/15/06~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.62 | $0.00 | $0.00 |
| 20060518 08:17 | IC - Transfer from Inmate to Club A/c | 6678237 | | NOR | ~(3) photo tickets~PHOTO - Z13~PHOTO - Z13 | $0.00 | $4.50 | $0.00 | $0.00 |
| | | | | | | $437.01 | $593.75 | $0.00 | $0.00 |

Balance as of ending date:  
Personal: $13.66  
Savings: $0.00

Current Balances:

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $13.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |