MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1710

ALFRED JENKS,

Petitioner, Appellant,

v.

LUIS SPENCER, SUPERINTENDENT,

Respondent, Appellee.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: July 14, 2006

Since we find no abuse of discretion in the district court's denial of petitioner's motion for a stay, petitioner's request for a certificate of appealability is <u>denied</u> and this appeal is <u>terminated</u>.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
    Appeals Attorney.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 8/30/06

[cc: Alfred Jenks and Randall E. Ravitz, AAG ]